IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LAWRENCE ALEX FOSTER, JR.,<br><br>Defendant. | CR 15-04-BLG-SPW<br><br>ORDER |

Upon the Defendant's Motion to Terminate Supervised Release (Doc. 117), pursuant to 18 U.S.C. § 3583(e)(1) and Fed. R. Crim. P. 32.1(c)(2), and for good cause shown,

IT IS HEREBY ORDERED that the Defendant's motion is GRANTED. Lawrence Alex Foster, Jr.'s supervised release is terminated as of the date of this Order.

The Clerk shall forthwith notify the parties and the U.S. Probation Office of the making of this Order.

DATED this 29th day of November, 2022.

SUSAN P. WATTERS
United States District Judge